McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF THE PROPERTY DESCRIBED AS 867 RINCON WAY, REDDING, CALIFORNIA 96003 | CASE NO. 3:20-SW-00025-DMC<br><br>ORDER UNSEALING SEARCH WARRANT AND SEARCH WARRANT APPLICATION |
|---|---|

Upon application by the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the search warrant, search warrant application, and related filings in the above captioned matter shall be, and are, unsealed.

Dated: December 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE